## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 191 MM 2014
:
Respondent   :
:
:
:
:
v.   :
:
:
:
SAMUEL F. RODRIGUEZ,   :
:
Petitioner   :


## ORDER


**PER CURIAM**

    **AND NOW**, this 27th day of January, 2015, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED**.